UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-40(DSD/LIB)

Della S.,[1]

        Plaintiff,

v.                                 **ORDER**

Andrew Saul,
Commissioner of Social Security,

        Defendant.


This matter is before the court upon the report and recommendation of United States Magistrate Judge Leo I. Brisbois dated January 27, 2021. No objections to the report and recommendation have been filed within the time period permitted.

According, based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. The report and recommendation [ECF No. 16] is adopted in its entirety;

    2. Plaintiff's motion for summary judgment [ECF No. 12] is denied; and

---

[1] This court has adopted the policy of using only the first name and last initial of any non-governmental parties in social security cases such as this.

3. Defendant's motion for summary judgment [ECF No. 14] is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 18, 2021

                                        <u>s/David S. Doty</u>
                                        David S. Doty, Judge
                                        United States District Court